

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2022

No. 04-22-00092-CV

**IN RE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

On February 15, 2022, Relator filed a petition for writ of mandamus. Respondent and Real Party in Interest filed responses.

Having considered the petition, the record, and the responses, we conditionally grant the petition for writ of mandamus.

We order the Honorable Mary Lou Alvarez to, no later than fifteen days from the date of this order, vacate paragraph 2.8 of the February 8, 2022 "Order Following Hearing Regarding Placement," which requires Relator to "enter a Child Specific Contract for [J.F.] at the rate of $500 per day, for the purpose of placement within Bexar County whether it is in a foster home, group home, or transitional living." *See* TEX. R. APP. P. 52.8(c).

We are confident the trial court will promptly comply, but the writ will issue if the Honorable Mary Lou Alvarez fails to comply as ordered.

Our February 16, 2022 stay of the February 8, 2022 "Order Following Hearing Regarding Placement" is lifted.

It is so **ORDERED** on June 22, 2022.

Patricia O. Alvarez, Justice

---

[1] This proceeding arises out of Cause No. 2020-PA-01628, styled *In the Interest of J.F., a Child*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2022.

Michael A. Cruz, Clerk of Court